JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **JAMES ANTHONY GONZALES,** | ) | **NO. 2:22-cv-05828-SB-KS** |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **THE PEOPLE OF THE STATE OF** | ) | |
| **CALIFORNIA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

     Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:  November 21, 2022

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE